JS-6

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHLEEN R. UNGER (Cal. Bar No. 272279)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-8341
      Facsimile: (213) 894-7819
      E-mail: kathleen.unger@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAURA FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and DOES 1 to 50,<br><br>    Defendants. | No. EDCV 14-01789 JGB (DTBx)<br><br>**ORDER DISMISSING ACTION AGAINST DEFENDANT UNITED STATES OF AMERICA**<br><br>Hon. Jesus G. Bernal |

1 | The parties having filed a Stipulation Dismissing Action Against Defendant
2 | United States of America,
3 | IT IS HEREBY ORDERED THAT this action against Defendant United States of
4 | America is dismissed without prejudice, each party to bear her or its own costs and fees.

8 | Dated: September 8, 2014

Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

JS-6